Albert D. Banks #23203031
_Name_

L.D.C 100 Highway Terrace

Leavenworth, Ks 66048
_Address_

FILED
APR 28 2015
Clerk, U.S. District Court
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Albert D. Banks, Plaintiff
_(Full Name)_

V.

Geary County Kansas, Defendant(s)
Sprint/Nextel, Virgin Mobile USA/ Sprint PCS, KBI, JCPD, RCPD, TPD.

CASE NO. 15-3093-SAC-DJW
_(To be supplied by the Clerk)_

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Albert D. Banks (Plaintiff), is a citizen of Kansas (State) who presently resides at 100 Highway Terrace Leavenworth, Ks 66048
_(Mailing address or place of confinement.)_

2) Defendant David R. Platt _(Name of first defendant)_ is a citizen of Junction City Kansas _(City, State)_, and is employed as Geary County District Court Judge _(Position and title, if any)_. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes [x] No [ ]. If your answer is "Yes", briefly explain:

District Court Judge. Defendant is being sued in his individual as well as official capacity.

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983            1

3) Defendant <u>Steven L. Opat</u> is a citizen of
   *(Name of second defendant)*

   <u>Junction City, Kansas</u>, and is employed as
   *(City, state)*

   <u>Geary County District Attorney</u>. At the time the
   *(Position and title, if any)*

   claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

   <u>District Attorney. Defendant is being sued in his</u>

   <u>individual as well as official capacity</u>

   (Use the back of this page to furnish the above information for additional defendants.)
   Additional page added for other Defendants added behind Page 2.

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statuses, you may list them below.)

   None

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

   On or about March 5, 2013 and April 12, 2013 Defendant SSA Glen F. Virden of the K.B.I, and Defendant Steven L. Opat Geary County District Attorney went to Defendant David R. Platt Geary County District Court Judge and Applied for a wiretap and was approved. After about a two month course of law enforcements listening to thousands of Plaintiff Albert D. Banks phone conversations that was Intercepted all in violation of the Kansas Statues. A federal Judge has ruled Defendant David R. Platt Lacked the Territorial Jurisdiction and Issued wiretap outside district.

XE-2 8/82                                    CIVIL RIGHTS COMPLAINT §1983

ADDITIONAL PAGE ADDED FOR OTHER

DEFENDANTS ADDED BEHIND PAGE.


Additional Defendant: Glen F. Virden is a citizen of Topeka Kansas, and is employed as Topeka Kansas Bureau Of Investigation. At the time the claim(s) alleged in this complaint arose, was this defendant acting under The color of state law? Yes [x] No [ ]. If your answer is "yes", briefly explain:
Senior Special Agent of Kansas Bureau Of Investigations is being sued in His Individual as well as Official Capacity.

Additional Defendant: Sprint/ Nextel Wireless Telephone Company is a citizen Of Overland Park, Kansas, and is employed as Sprint/ Nextel Service Provider. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes [x] No [ ]. If your answer is "Yes", briefly explain:
Sprint/ Nextel Service Provider is being sued in there Individual as well as Official Capacity.

Additional Defendant: Virgin Mobile USA/ Sprint PCS: is a citizen of Warren, NJ 07059, and is employed as Virgin Mobile USA/ Sprint PCS Service Provider. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state Law? Yes [x] No [ ]. If your answer is "Yes", briefly explain:
Virgin Mobile USA/ Sprint PCS Service Provider is being sued in there Individual as well as Official Capacity.

ADDITIONAL PAGE ADDED FOR OTHER

DEFENDANTS ADDED BEHIND PAGE.

Additional Defendant: <u>Timothy Brown</u> is a citizen of <u>Junction City, Kansas</u>, and is employed as <u>Chief of Junction City Police Department</u>. At the time the claim(s) alleged in this complaint arose, was this defendant acting under The color of State Law? Yes[x] No [ ]. If your answer is "yes", briefly Explain: <u>Chief of J.C.P.D of Junction City is being sued in His Individual as well as Official Capacity.</u>

Additional Defendant: <u>Brad Schoen</u> is a citizen of <u>Manhattan, Kansas</u>, and is employed as <u>Director Of Riley County Police Department</u>. At the time the claim(s) alleged in this complaint arose, was this Defendant acting under the color of State Law? Yes[x] No[ ]. If your answer is "yes", briefly Explain: <u>Director of R.C.P.D of Manhattan, kansas is being sued in his Individaul as well as Official Capacity.</u>

Additional Defendant: <u>Ron Miller</u> is a citizen of <u>Topeka, Kansas,</u> and is employed as <u>Chief of Topeka, Kansas Police Department</u>. At the time claim(s) alleged in this complaint arose, was this Defendant acting under The color of State Law? Yes[x] No[ ]. If your answer is "yes", briefly Explain: <u>Chief of Topeka, Kansas Police Department is being sued in his Individaul as well as Official Capacity.</u>

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: <u>4th Amendment Constitutional Rights and violation K.S.A. 22-2516 (3). USC 18(2515)). Prohibition of use as evidence of intercepted wire or oral communication.</u>

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.): <u>On or about March 5, 2013 and April 12, 2013 Defendant David R. Platt a district court judge approved for a wiretap on Plaintiff Albert D. Banks Cellphone. Defendant David R. Platt Lacked the territorial jurisdiction by issuing the wiretap outside of his jurisdiction and any other district in United State</u>

B) (1) Count II: <u>4th Amendment Constitutional Rights and violation K.S.A. 22-2516 (3). USC 18 (2515). Prohibition of use as evidence of intercepted wire or oral communication.</u>

(2) Supporting Facts: <u>On or About March 5, 2013 and April 12, 2013 Defendant Steven L. Opat District Attorney executed a Wiretap on Plaintiff Albert D. Banks Cellphone to District Judge David R. Platt and was Approved.</u>

C) (1) Count III: <u>4th Amendment Constitutional Violational Rights K.S.A 22-2516 (3). USC 18 (2515) Prohibition of use as evidence of intercepted wire or oral communication.</u>

(2) Supporting Facts: <u>On or about march 5, 2013 and April 12, 2013 Glen F. Virden An Agent for KBI executed a wiretap on Plaintiff Albert D. Banks Cellphone To District Court Judge Defendant David R. Platt and was Approved.</u>

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes [X] No [ ]. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

   Plaintiffs: <u>Albert D. Banks</u>

   Defendants: <u>David R. Platt, Steven L. Opat</u>

   b) Name of court and docket number <u>U.S. District Court Of Topeka,</u> Kansas <u>Civil Docket For Case #: 5:14-cv-03199-SAC-DJW</u>

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) <u>Still pending.</u>

   d) Issues raised <u>Constitutional Rights Violated (Due Process) 5th, 14th amendment and 6th amendment(right to counsel)</u>

ADDITIONAL PAGE ADDED FOR

CAUSE OF ACTION

FOR ADDITIONAL DEFENDANTS

Additional Defendant: Sprint/ Nextel Wireless Telephone Company.

D) (1) Count IV: 4th Amendment Constitutional Violational Rights K.S.A. 22-2516 (3).

(2) Supporting Facts: On or About March 5, 2013 and April 12, 2013 Sprint/ Nextel Wireless Telephone Company was issued a court order By Defendant David R. Platt to intercept Plaintiff Albert D. Banks calls on Cellphone. All in Violation of K.S.A 22- 2516 (3) by Defendant David R. Platt By Issuing wiretap outside of Defendants Jurisdiction and any other district in the United States.

Additional Defendant: Virgin Mobile USA/ Sprint PCS Telephone Company.

E) (1) Count V: 4th Amendment Constitutional Violational Rights K.S.A. 22-2516 (3).

(2) Supporting Facts: On or About March 5, 2013 and April 12, 2013 Virgin Mobile USA/ Sprint PCS Service Provider Telephone Company was issued a court order By Defendant David R. Platt to intercept Plaintiff Albert D. Banks calls on cellphone. All in Violation of K.S.A 22-2516 (3) by Defendant David R. Platt By Issuing wiretap outside of Defendants Jurisdiction and any other district in the United States.

e) Approximate date of filing lawsuit   10-22-2014

f) Approximate date of disposition   still pending

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☐ No ☒. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

because the case was dismissed and sent to be prosecuted by the federal court in topeka, Kansas.

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Wherefore, Plaintiff respectfully prays that this court enter an order Issuing Preliminary Injuction, Declaratory Relief, Order defendants to pay Compensatory and punitive Damages Due to K.S.A 22-2516 (3) violations. and any other relief That the court may deem thats proper under U.S.C. 18 § 2520 Federal Criminal Code and Rules.

_____   Albert D. Banks/*Albert D. Banks*
Signature of Attorney (if any)        Signature of Petitioner

_____
(Attorney's full address and telephone number)

XE-2 8/82           CIVIL RIGHTS COMPLAINT §1983           5