**UNITED STATES DISTRICT COURT**

**DISTRICT OF KANSAS**

**ALBERT BANKS,**

     Plaintiff.

v.

                                                                  Case No: 15-3093-HLT

**GLEN VIRDEN Et al,**

     **Defendant,**

**NOTICE OF APPEAL PURSUANT TO FEDERAL**

**RULE OF APPELLATE PROCEDURE 4**

Comes Now, Albert Banks respectfully request this Honorable Court to enter a notice of appeal pursuant to Federal Rules of Appellate Procedure 4. The defendant seeks to appeal from a judgment entered on Document # 293 which finally deposed of the remaining claims. The defendant seeks to appeal Document # 208 which granted certain defendant's summary.

/s/ _____ 06/05/2023

                Albert Banks

750 Shannon Dr.
Romeoville, Illinois 60446
785-473-1372
Albertbanks212@gmail.com

## CERTIFICATE OF SERVICE

    I Albert Banks hereby certify that on June 5, 2023, a true and correct copy of this pleading was emailed to the Clerk of the Court for the District of Kansas at 444 SE Quincy Topeka Kansas 66605. An electronic copy of this filing will be sent to all relevant parties.